**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID GALLOWAY, )<br>JENNY GALLOWAY, and DAVID )<br>GALLOWAY as Administrator )<br>of the Estate of CHRISTI GALLOWAY, )<br>Deceased, )<br>             Plaintiffs, )<br>              )<br>            v. )<br>             )<br>RAND PHARMACY, INC., an Illinois )<br>Corporation, f/k/a ROOTS PHARMACY )<br>SOLUTIONS, INC.; KYLE ROOTSAERT; )<br>BETA PROPERTY ENTERPRISES, INC., )<br>a Pennsylvania corporation, d/b/a )<br>KRESGE-LEBAR PHARMACY; )<br>RUDY BYRON, M.D.; ELIAS )<br>KARKALAS, M.D.; UPPER MERION )<br>FAMILY PRACTICE, P.C., a )<br>Pennsylvania corporation; and )<br>EUROMEDONLINE LIMITED, a United )<br>Kingdom Company, )<br>             )<br>            Defendants. ) | **No.: 1-11-cv-01583**<br><br>**Honorable Edmond Chang<br>Judge Presiding** |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT**

The Plaintiffs, David Galloway, Jenny Galloway, and David Galloway, as Administrator of the Estate of Christi Galloway, deceased, and the Defendant, Rudy Byron, M.D., hereby stipulate to the dismissal of this matter as to Rudy Byron, M.D. only, with prejudice, pursuant to settlement, with both parties to bear their own costs and attorneys' fees. This stipulation only dismisses Rudy Byron, M.D., and this case remains pending as to all remaining defendants.

Dated: February 13, 2015

David Galloway and Jenny Galloway     Rudy Byron, M.D.

By:    s/ Edmund J. Scanlan      By:    s/ David H. Brinton
       One of their attorneys                 One of his attorneys

Edmund J. Scanlan                       David H. Brinton
Scanlan Law Group                  Law Offices of David H. Brinton, LLC
8 South Michigan Avenue         33 North Dearborn Street
Suite 2700                                Suite 2350
Chicago, IL 60603                     Chicago, IL 60602
(312) 422-0343                        (312) 445-4908

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of February, 2015, he did electronically file the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the parties who are registered participants with the System.

/s/ Edmund J. Scanlan
Edmund J. Scanlan
Attorney for Plaintiffs
8 South Michigan Avenue, Suite 2700
Chicago, Illinois  60603
Telephone:	(312) 422-0343
Facsimile:	(312) 422-0358
Email:	ejs@scanlanlawgroup.com
ARDC #:	02466643