**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID GALLOWAY, ) <br> JENNY GALLOWAY, and DAVID ) <br> GALLOWAY as Administrator ) <br> of the Estate of CHRISTI GALLOWAY, ) <br> Deceased, ) <br>               Plaintiffs, ) <br> ) <br>               v. ) <br> ) <br> RAND PHARMACY, INC., an Illinois ) <br> Corporation, f/k/a ROOTS PHARMACY ) <br> SOLUTIONS, INC.; KYLE ROOTSAERT; ) <br> BETA PROPERTY ENTERPRISES, INC., ) <br> a Pennsylvania corporation, d/b/a ) <br> KRESGE-LEBAR PHARMACY; ) <br> RUDY BYRON, M.D.; ELIAS ) <br> KARKALAS, M.D.; UPPER MERION ) <br> FAMILY PRACTICE, P.C., a ) <br> Pennsylvania corporation; and ) <br> EUROMEDONLINE LIMITED, a United ) <br> Kingdom Company, ) <br> ) <br>               Defendants. ) | **No.: 1-11-cv-01583** <br><br> **Honorable Edmond Chang** <br> **Judge Presiding** |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT**

The Plaintiffs, David Galloway, Jenny Galloway, and David Galloway, as Administrator of the Estate of Christi Galloway, deceased, and the Defendants, Elias Karkalas, M.D. and Upper Merion Family Practice, P.C., hereby stipulate to the dismissal of this matter as to Elias Karkalas, M.D. and Upper Merion Family Practice, P.C., with prejudice, pursuant to settlement, with all parties to bear their own costs and attorneys' fees. Plaintiffs hereby stipulate to the dismissal of any remaining defendant or defendants who have not previously been dismissed.

Dated: March 4, 2015

| | | | |
|---|---|---|---|
| | David Galloway and Jenny Galloway | | Elias Karkalas, M.D. and Upper Merion Family Practice, P.C. |
| By: | s/ Edmund J. Scanlan<br>One of their attorneys | By: | s/ Alan J. Schumacher<br>One of Their Attorneys |
| | Edmund J. Scanlan<br>Scanlan Law Group<br>8 South Michigan Avenue<br>Suite 2700<br>Chicago, IL 60603<br>(312) 422-0343 | | Alan J. Schumacher<br>Pretzel & Stouffer, Chartered<br>One South Wacker Drive<br>Suite 2500<br>Chicago, IL 60606<br>(312) 346-1973 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of March, 2015, he did electronically file the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the parties who are registered participants with the System.

/s/ Edmund J. Scanlan
Edmund J. Scanlan
Attorney for Plaintiffs
8 South Michigan Avenue, Suite 2700
Chicago, Illinois 60603
Telephone: (312) 422-0343
Facsimile: (312) 422-0358
Email: ejs@scanlanlawgroup.com
ARDC #: 02466643